1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

11  RICHARD ROSCOE HILL, JR.,           )   1:06-CV-06661-AWI-DLB-P
                                        )
12           Plaintiff,                 )   ORDER GRANTING EXTENSION OF
                                        )   TIME TO FILE AMENDED
13      v.                              )   COMPLAINT
                                        )   (DOCUMENT #12)
14  W. R. WILLIAMS, et al.,             )
                                        )
15                                      )
             Defendants.                )
16  _____)

17       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On

18  June 8, 2006, plaintiff filed a motion to extend time to file an amended complaint, pursuant to the court's

19  order of May 10, 2006. Good cause having been presented to the court and GOOD CAUSE

20  APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21       Plaintiff is granted thirty days from the date of service of this order in which to file an amended

22  complaint.

23       IT IS SO ORDERED.

24       Dated:   July 12, 2006                    /s/ Dennis L. Beck
    3c0hj8                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28