UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSEA BYRD, | 1:04-CV-06761-AWI-LJO-P |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT |
| v. | (DOCUMENT #10) |
| SCHREDNITZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On June 5, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations. Inasmuch as plaintiff filed his objections in a timely manner on June 9, 2006, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file objections is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   July 28, 2006**          /s/ Lawrence J. O'Neill
b6edp0                              UNITED STATES MAGISTRATE JUDGE