UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSEA BYRD, | 1:04-cv-06761-AWI-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| SCHREDNITZ, et al., | |
|     Defendants. | |

Hosea Byrd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On June 9, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1     In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.  While the
6 plaintiff offers an basic "objection" to the Magistrate Judge's
7 Findings and Recommendations, plaintiff's objections provide no
8 additional information or analysis.  Plaintiff has failed to
9 show that this action concerns anything more than Plaintiff's
10 classification, which, for the reasons stated by the Magistrate
11 Judge, does not state a basis for civil rights relief.
12     Accordingly, IT IS HEREBY ORDERED that:
13     1.   The Findings and Recommendations, filed May 19, 2006,
14 are ADOPTED IN FULL; and,
15     2.   This action is DISMISSED in its entirety.

17 IT IS SO ORDERED.

18 **Dated:   September 12, 2006**                   **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE